**DISMISS; Opinion issued March 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00021-CV

## IN THE INTEREST OF L.B., A CHILD

On Appeal from the 439th Judicial District Court
Rockwall County, Texas
Trial Court Cause No. 1-11-543

### OPINION
Before Chief Justice Wright and Justices Lang-Miers and Lewis

The Court has before it appellant's February 12, 2013 unopposed motion to dismiss. *See*

TEX. R. APP. P. 42.1(a). We **GRANT** the motion and **DISMISS** the appeal.

PER CURIAM

130021F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF L.B., A CHILD

No. 05-13-00021-CV

On Appeal from the 439th Judicial District Court, Rockwall County, Texas
Trial Court Cause No. 1-11-543.
Opinion delivered per curiam before Chief Justice Wright and Justices Lang-Miers and Lewis.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**. Appellees are **ORDERED** to recover their costs of this appeal, if any, from appellant.

Judgment entered March 7, 2013.

/Carolyn Wright/

CAROLYN WRIGHT
CHIEF JUSTICE